UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:25-cr- 134-TPB-PRL
18 U.S.C. § 2243(b)

CORNELIUS ALEXANDER THOMPSON

18 U.S.C. § 201(b)(2)

INDICTMENT          **SEALED**

The Grand Jury charges:

## COUNT ONE

Between on or about January 2020 and on or about August 9, 2023, in the

Middle District of Florida, the defendant,

**CORNELIUS ALEXANDER THOMPSON,**

in a federal prison, namely, Coleman Federal Correctional Complex, knowingly

engaged and attempted to engage in a sexual act with another person, J.S. who was

in official detention and under the custodial, supervisory, and disciplinary authority

of the defendant.

In violation of 18 U.S.C. § 2243(b).

## COUNT TWO

Between on or about January 2020 and on or about April 29, 2024, in the

Middle District of Florida, the defendant,

**CORNELIUS ALEXANDER THOMPSON,**

being a public official, employed by the United States Department of Justice, Federal

Bureau of Prisons, as a corrections officer at the Coleman Federal Correctional Complex, did, directly and indirectly, knowingly and corruptly receive, accept, and agree to receive and accept anything of value personally and for any other person and entity, in return for being influenced in the performance of an official act, and in return for being induced to do an act in violation of his official duty, that is, the smuggling of contraband into the Coleman Federal Correctional Complex in return for payment of monies.

In violation of 18 U.S.C. § 201(b)(2).

## FORFEITURE

1.      The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C), 2253, and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 2243(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

a.      Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.      Any property, real or personal, used or intended to be used to

commit or to promote the commission of such offense or any property traceable to such property.

3.     Upon conviction of a violation of 18 U.S.C. § 201(b)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

4.     The property to be forfeited includes, but is not limited to, the following: an order of forfeiture for at least $24,550, which represents the proceeds of the offense charged in Count Two.

5.     If any of the property described above, as a result of any act or omission of the defendant:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Hannah Watson
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
September 25

No. 5:25-cr-

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

CORNELIUS ALEXANDER THOMPSON

INDICTMENT

Violations:   18 U.S.C. § 2243(b)
              18 U.S.C. § 201(b)(2)

A true bill,

███████████████████████

—————————————————— Foreperson

Filed in open court this 23rd day

of September 2025.

—————————M. Taylor——————————
                    Clerk

Bail $_____

GPO 863 525