**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.** **5:25-cr-134-TPB-PRL**

**CORNELIUS ALEXANDER THOMPSON,**
**Defendant.**

AUSA: Sarah Swartzberg (for Hannah Watson)
Deft. Atty.: Mark O'Brien

| | | | |
|---|---|---|---|
| JUDGE | Philip R. Lammens | DATE AND TIME | July 16, 2026<br>11:07 am – 11:24 am<br>17 minutes |
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Not Present |

**CLERK'S MINUTES – GUILTY PLEA HEARING**

Defendant placed under oath.

Defendant advised of right to appear before United States Magistrate Judge to enter plea.

Defendant questioned re: consequences of guilty plea.

Court reviews factual basis.

Defendant enters a straight-up plea of guilty to Counts 1 & 2 of the Indictment.

Court finds Defendant alert, intelligent, willingly, and intentionally entered plea of guilty.

Sentencing to be scheduled by the Honorable Thomas P. Barber, United States District Judge.

**REPORT AND RECOMMENDATION TO ENTER.**

**FILED IN OPEN COURT:**
Consent to Proceed before Magistrate Judge